1  ANDREW H. BAKER, SBN 104197
   BEESON, TAYER & BODINE, PC
2  1404 Franklin Street, 5th Floor
   Oakland, CA  94612
3  Telephone:  (510) 625.9700
   Facsimile:   (510) 625.8275
4  Email:         abaker@beesontayer.com

5  Attorneys for Plaintiff
   Freight Checkers, Clerical Employees and Helpers Union Local No. 856, IBT

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREIGHT CHECKERS, CLERICAL EMPLOYEES AND HELPERS UNION LOCAL NO. 856, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, <br><br> Plaintiff, <br><br> v. <br><br> CENDANT CAR RENTAL GROUP D/B/A AVIS RENT-A-CAR SYSTEM, INC., <br><br> Defendant. | Case No. C-05-04714 MEJ <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br> (Rule 41(a)(i)) <br><br> ORDER CLOSING FILE |

Pursuant to a settlement between the parties of the above-captioned matter, Plaintiff Freight Checkers, Clerical Employees and Helpers Union Local No. 856 hereby gives notice that the Complaint in this matter shall be and is hereby dismissed.

Date:  February 28, 2006                          Respectfully submitted,

The Clerk of Court shall close the file.         BEESON, TAYER & BODINE, PC

Dated: February 28, 2006

                                                                   IT IS SO ORDERED
                                                                   Judge Maria-Elena James

                                                  By:      /s/Andrew H. Baker
                                                           ANDREW H. BAKER
                                                           Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL
Case No. C-05-04714 MEJ (38952.doc)

**PROOF OF SERVICE**

I, Esther Aviva, declare:

I am a citizen of the United States and employed in Alameda County, California. I am over the age of 18 years and not a party to the within-entitled action. My business address is 1404 Franklin Street, 5th Floor, Oakland, CA 94612.. On February 28, 2006, I served a copy of the within document(s):

**NOTICE OF VOLUNTARY DISMISSAL**

☒ at my business address identified above by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, and by placing the envelope, addressed as set forth below, for deposit in the United States Postal Service that same day in the ordinary course of business. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Aiko Bunn  
Avis Rent-A-Car System, Inc.  
6 Sylvan Way  
Parsipanny, NJ  07054

Theodore Opperwall, Esq.  
280 North Old Woodward Ave., Suite 400  
Birmingham, MI  48009

☒ I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 28, 2006, at Oakland, California.

            /s/Esther Aviva  
            Esther Aviva  
            Secretary to Andrew H. Baker